992 A.2d 882

Robert BENCHOFF, Appellant

v.

PENNSYLVANIA BOARD OF PROBATION AND PAROLE:
Catherine McVey, Chair, Pennsylvania Board of
Probation and Parole, Appellees.

Supreme Court of Pennsylvania.

April 28, 2010.

## ORDER

PER CURIAM.

AND NOW, this 28th day of April, 2010, the order of the Commonwealth Court is hereby AFFIRMED.

Jurisdiction relinquished.